**1247 POST vs. VILLAGE OF SPARTA, 58 M., 212.**

To compel the approval of a liquor dealer's bond by the council of the village, organized under the General Incorporation Law, approved April 1, 1875, as amended by Act No. 52, of 1883, which empowers such villages to suppress saloons.

Denied October 7, 1885.

**1248 McHENRY ET AL. vs. TOWNSHIP BOARD (Chippewa), 65 M., 9.**

To compel respondent to approve of a druggist's bond, the same being fixed by the board at $3,000.

Denied February 3, 1887.

The board found one of the sureties upon the bond offered insufficient, and the return disclosed nothing showing that the discretionary power of the board was not exercised reasonably and in good faith.

**1249 POST vs. TOWNSHIP BOARD (Sparta), 63 M., 323.**

To compel approval of liquor bond.

Denied October 21, 1886.

The board answered that they could not agree in finding the sureties responsible to a sufficient amount.

**1250 POST vs. TOWNSHIP BOARD (Sparta), 64 M., 597.**

To compel approval of liquor bond.

Denied January 27, 1887.

See No. 1249.